IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00952-PAB-NRN

DOUGLAS C. LEHMAN,

     Plaintiff,

v.

BRIAN McKINNON,
JAQUES, Correctional Officer Sgt.,
McCARROLL, Correctional Officer,

     Defendants.

---

## FINAL JUDGMENT

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 315] of Chief United States District Judge Philip A. Brimmer entered on August 13, 2020, it is

     ORDERED that the Recommendation of United States Magistrate Judge N. Reid Neureiter [Docket No. 301] is ACCEPTED.  It is further

     ORDERED that Defendants' Motion for Summary Judgment [Docket No. 264] is GRANTED.  It is further

     ORDERED Plaintiff's claims are dismissed with prejudice.  It is further

     ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 14th day of August, 2020.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
     Deputy Clerk